Case 7:14-cr-01541 Document 1 Filed in TXSD on 10/14/14

UNSEALED
✗ 10/16/14

United States District Court
Southern District of Texas
FILED

OCT 14 2014

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. **M-14-1541** |
| § | |
| ERNESTO GARZA § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

From on or about September 6, 2013 to on or about October 1, 2013, in the Southern District of Texas and within the jurisdiction of the Court, defendant

**ERNESTO GARZA**

did directly or indirectly give, offer and promise a thing of value to A.S.M., a public official, otherwise than as provided by law for the proper discharge of official duties, for and because of an official act performed or to be performed by such public official, that is to terminate the Worksite Enforcement I-9 audit of La Mexicana Taqueria, Inc. dba Taqueria La Mexicana Restaurant.

In Violation of Title 18, United States Code, Sections 201(c)(1)(A) and 2.

TRUE BILL:

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_Robert Wells_
ASSISTANT UNITED STATES ATTORNEY