U.S. Department of Justice  
Washington, D.C.  
10/07/2014/bc

UNSEALED  
≠ 10/16/14

Criminal Docket

| McALLEN Division | CR. No. **M-14-1541** |

**SEALED INDICTMENT** Filed: October 14, 2014   Judge: **MICAELA ALVAREZ**

County: Hidalgo  
Lions #: **2013R30924**

Attorneys:

UNITED STATES OF AMERICA         KENNETH MAGIDSON, U.S. ATTORNEY

v.                               ROBERT WELLS, JR., ASST. U.S. ATTORNEY

ERNESTO GARZA   -WARRANT-        Ct. 1

Charge(s):   Ct. 1:   Bribery of public official  
             Title 18, United States Code, Sections 201(c)(1)(A) and 2.

Total Counts  
**(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 2 yrs. and/or a $250,000 fine and at least a 1 yr. SRT

Agency:   Homeland Security Investigations – Ruben Banda – HG19NR13HG0024

Proceedings

Date